UNITED STATES of America, Appellee,

v.

Michael J. CROSBY, Appellant.

No. 89–5450.

United States Court of Appeals,
Eighth Circuit.

Feb. 17, 1993.

On the court's own motion the opinion of October 16, 1990, 917 F.2d 362, and judgment of September 30, 1991, 951 F.2d 357, are hereby vacated. The mandate of this court issued October 2, 1991, is recalled.